BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Auto Body Shop Antitrust Litigation  MDL Docket No. 2557

### NOTICE TO WITHDRAW MOTION OF DEFENDANT PROGRESSIVE HAWAII INSURANCE COMPANY FOR TRANSFER OF ACTION TO THE MIDDLE DISTRICT OF FLORIDA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED AND CONSOLIDATED PRETRIAL PROCEEDINGS WITH MDL No. 2557

Defendant Progressive Hawaii Insurance Company withdraws the Motion Of Defendant Progressive Hawaii Insurance Company For Transfer Of Action To The Middle District Of Florida Pursuant To 28 U.S.C. § 1407 For Coordinated And Consolidated Pretrial Proceedings With MDL No. 2557 for the following reason:

The Motion for Transfer was inadvertently filed incorrectly using the wrong filing event.

Dated: Atlanta, Georgia
       October 6, 2014

                Respectfully submitted,
                **KING & SPALDING LLP**

       By: /s/ Jeffrey S. Cashdan
          Jeffrey S. Cashdan
          1180 Peachtree Street NE
          Atlanta, Georgia 30309
          Tel: (404) 572-4600
          Fax: (404) 572-5100
          jcashdan@kslaw.com

          **Attorney for Defendant**
          **Progressive Hawaii Insurance**
          **Company**